TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00379-CV






Michelle Leigh Conkle, Appellant


v.


Benjamin R. Barnes; Rachelle Chery, AutoNation, Inc.; RI/RMT Acquisition, Ltd.; 

and RI/RMT Acquisition GP, Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. D-1-GN-06-003373, HONORABLE JON N. WISSER, JUDGE PRESIDING




O R D E R



 Appellant Michelle Leigh Conkle and appellees Benjamin R. Barnes, Rachelle Chery,
AutoNation, Inc., RI/RMT Acquisition, Ltd., and RI/RMT Acquisition GP have filed an agreed
motion requesting that Barnes be dismissed as an appellee on the basis that he was non-suited at trial
and is no longer a party to this litigation. See Tex. R. App. P. 42.1. Accordingly, we grant the
motion and dismiss Barnes as an appellee. Cause number 03-08-00379-CV will proceed with the
remaining parties, styled Michelle Leigh Conkle v. Rachelle Chery; AutoNation, Inc.; RI/RMT
Acquisition, Ltd.; and RI/RMT Acquisition GP.

 

___________________________________________ Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Filed: October 17, 2008